MARK A. KIRKORSKY, P.C.
Attorneys at Law
P.O. Box 25287
Tempe, Arizona 85285
(480) 551-2173

Mark A. Kirkorsky (#010029)
Tara K. Miller (#024742)
Bruce E. Gardner (#027715)
info@makcollections.com
Attorneys for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**ROBERT S. PERSINGER and MARTA PERSINGER aka MARTA C. QUANSTROM,**<br><br>Debtors. | Chapter 7<br><br>Case No.: 2:06-bk-02420-GBN<br><br>Adv. No.: 2:06-ap-00975-GBN |
| **ARIZONA FEDERAL CREDIT UNION,**<br><br>Plaintiff,<br>vs.<br><br>**ROBERT S. PERSINGER and MARTA PERSINGER aka MARTA C. QUANSTROM,**<br><br>Defendants. | **JUDGMENT RENEWAL AFFIDAVIT** |

STATE OF ARIZONA  )
                 ) ss.
County of Maricopa )

 Mark A. Kirkorsky, Tara K. Miller or Bruce E. Gardner, as attorney for Judgment Creditor, being first duly sworn, upon oath, deposes and says:

1. The names of the parties to the Judgment are:

 Plaintiff/Judgment Creditor:  Arizona Federal Credit Union

 Defendant(s)/Judgment Debtor(s): Robert S. Persinger and Marta Persinger aka Marta C. Quanstrom

Name of Court(s):          United States Bankruptcy Court
                           (2:06-bk-02420-GBN/2:06-ap-00975-GBN)
                           Judgment entered April 23, 2007

Name of District:          Arizona

2. There is no execution anywhere outstanding and unreturned upon the Judgment.

3. Date and Amount of Payments:    There have been no payments.

4. There are no set-offs or counterclaims in favor of the Judgment Debtors.

5. The exact amount due:

**First Note**
| | |
|---|---|
| $48,228.45 | Original Judgment amount |
| 2,529.29 | Pre-judgment interest accrued through the filing date of August 4, 2006 |
| 21,047.32 | Accrued interest at the rate of 7.74% from August 4, 2006 |

**Second Note**
| | |
|---|---|
| 46,163.05 | Original Judgment amount |
| 2,369.53 | Pre-judgment interest accrued through the filing date of August 4, 2006 |
| 18,219.86 | Accrued interest at the rate of 7.00% from August 4, 2006 |

**Third Note**
| | |
|---|---|
| 37,252.85 | Original Judgment amount |
| 1,761.69 | Pre-judgment interest accrued through the filing date of August 4, 2006 |
| 13,652.91 | Accrued interest at the rate of 6.50% from August 4, 2006 |

**Fourth Note**
| | |
|---|---|
| 56,582.66 | Original Judgment amount |
| 3,136.83 | Pre-judgment interest accrued through the filing date of August 4, 2006 |
| 24,693.17 | Accrued interest at the rate of 7.74% from August 4, 2006 |

**Robert Persinger Credit Plan**
| | |
|---|---|
| 23,999.27 | Original Judgment amount |
| 1,405.75 | Pre-judgment interest accrued through the filing date of August 4, 2006 |
| 15,561.39 | Accrued interest at the rate of 11.50% from August 4, 2006 |

**Marta Persinger Credit Plan**

| | |
|---|---|
| 23,055.79 | Original Judgment amount |
| 1,367.32 | Pre-judgment interest accrued through the filing date of August 4, 2006 |
| 14,949.63 | Accrued interest at the rate of 11.50% from August 4, 2006 |
| $355,976.76 | TOTAL |

FURTHER AFFIANT SAYETH NOT

_____
Mark A. Kirkorsky
Tara K. Miller
Bruce E. Gardner

SUBSCRIBED AND SWORN to before me this 26 day of March, 2012, by Mark A. Kirkorsky, Tara K. Miller or Bruce E. Gardner.

_____
Notary Public

My Commission Expires:

3·13·2016

STACEY FRIESEN
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 13, 2016