**MARK A. KIRKORSKY, P.C.**
**Attorneys at Law**
P.O. Box 25287
Tempe, Arizona 85285
(480) 551-2173

Mark A. Kirkorsky (#010029)
Tara K. Miller (#024742)
Bruce E. Gardner (#027715)
info@makcollections.com
Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT S PERSINGER and MARTA PERSINGER aka MARTA C QUANSTROM, | Case No. 2:06-bk-02420-GBN<br>Adv. No. 2:06-ap-00975-GBN |
| Debtors. | **ORDER OF CONTINUING LIEN**<br>(EARNINGS WRIT) |
| ARIZONA FEDERAL CREDIT UNION, | |
| Plantiff, | |
| vs. | |
| ROBERT S PERSINGER and MARTA PERSINGER aka MARTA C QUANSTROM, | |
| Defendants. | |
| ASSOCIATED DENTAL CARE PROVIDERS, P.C., | |
| Garnishee. | |

    The Court having reviewed Plaintiff/Judgment Creditor's Motion for Entry of Order of Continuing Lien, and good cause appearing:

    IT IS HEREBY ORDERED, subject to any existing wage assignment, that the Garnishee shall immediately pay over to Judgment Creditor all nonexempt earnings withheld from the

-1-

Case 2:06-ap-00975-RTB    Doc 29    Filed 06/05/12    Entered 06/06/12 07:15:42    Desc
Main Document - Motion to Approve    Page 1 of 2

wages of Judgment Debtor Marta Persinger aka Marta C Quanstrom after service of the Writ of Garnishment on April 5, 2012;

IT IS FURTHER ORDERED that the above Writ of Garnishment is a continuing lien on the nonexempt earnings of Judgment Debtor Marta Persinger aka Marta C Quanstrom and Garnishee shall continue to withhold 25% of such earnings and remit them together with the nonexempt earnings statement to Judgment Creditor as follows:

>Arizona Federal Credit Union
>C/O Mark A. Kirkorsky, P.C.
>PO Box 25287
>Tempe, AZ 85285

DATED this \_\_\_\_\_ day of _____, 2012.

_____
Judge of the U.S. Bankruptcy Court