

**MARK A. KIRKORSKY, P.C.**
**Attorneys at Law**
P.O. Box 25287
Tempe, Arizona 85285
(480) 551-2173

Mark A. Kirkorsky (#010029)
Tara K. Miller (#024742)
Bruce E. Gardner (#027715)
info@makcollections.com
Attorneys for Plaintiff

FILED
JUN 18 2012
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERT S PERSINGER and MARTA PERSINGER aka MARTA C QUANSTROM,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:06-bk-02420-GBN<br>Adv. No. 2:06-ap-00975-GBN<br><br>**AMENDED ANSWER OF GARNISHEE**<br><br>(EARNINGS) |
| ARIZONA FEDERAL CREDIT UNION,<br><br>Plantiff,<br><br>vs.<br><br>ROBERT S PERSINGER and MARTA PERSINGER aka MARTA C QUANSTROM,<br><br>Defendants. | |
| ASSOCIATED DENTAL CARE PROVIDERS, P.C.,<br><br>Garnishee. | |

**JUDGMENT DEBTOR: MARTA QUANSTROM (SSN: XXX-XX-6447)**

**MUST BE ORIGINAL - PLEASE COMPLETE IN BLACK INK**

1. I am the above named Garnishee or am authorized by the Garnishee to make this affidavit on his behalf, regarding the Writ of Garnishment served Garnishee on this date: _June 12, 2012_

2. Is Judgment Debtor employed by the Garnishee on the date the Writ was served?

    _X_ Yes  ____ No

3. Does the Garnishee anticipate owing earnings to the Judgment Debtor within sixty (60) days after the date of service of the Writ?

    _X_ Yes  ____ No

4. If the Garnishee is unable to determine the identity of the Judgment Debtor after making a good faith effort to do so, the following is a statement of the Garnishee's effort made and the reasons for that inability:

5. State the dates of the Judgment Debtor's next two (2) paydays occurring after the date of service of the Writ:

    5a. _6/15/12_     5b. _6/30/12_

6. Is Judgment Debtor employed by the Garnishee currently?

    _X_ Yes  ____ No

If yes, Judgment Debtor is paid (check which apply):

\_\_\_\_\_ daily     \_\_\_\_\_ bi-weekly     \_\_\_\_\_ monthly

\_\_\_\_\_ weekly     _X_ semi-monthly     other: _____

(Specify)

7. What is the amount of the outstanding Judgment now due and owing as stated in the Writ?

Judgment Balance $ **356,134.37**

8. Is the Judgment Debtor subject to an existing Wage Assignment, Garnishment or Levy? If yes, enter the percentage currently being withheld from the Judgment Debtor.

_X_ Yes     \_\_\_\_\_ No     **25** %

If yes, give the name, address and telephone number of that Judgment Creditor:

Lothar Goernitz Chapter 7 Trustee
1850 N Central Ave Suite 1150
Phoenix AZ 85004
602-256-6000

9. Did Garnishee Answer "Yes" to either question #2 or #3?

_X_ Yes     \_\_\_\_\_ No

If yes, copies of this Answer and copies of the Notice to Judgment Debtor, Request for Hearing and Non-exempt Earnings Statement were delivered to the Judgment Debtor on **June 12, 2012** (DATE REQUIRED)

State Method of Delivery: **(REQUIRED)**

By: \_\_\_\_\_ hand delivery;

Case 2:06-ap-00975-RTB    Doc 30    Filed 06/18/12    Entered 06/18/12 15:18:01    Desc
Main Document    Page 3 of 5

06/18/2012

        X    regular first class mail to the address determined to be best calculated to reach the Judgment Debtor in a timely manner;

_____ service pursuant to the Rules of Civil Procedure applicable to a Summons.

10. Copies of this Answer and Non-Exempt Earnings Statement were delivered on __June 12, 2012__ (DATE REQUIRED) to the Judgment Creditor, or his attorney, if applicable, at the following address:

State Method of Delivery: **(REQUIRED)**

By: _____ hand delivery;

      X    regular first class mail;

_____ service pursuant to the Rules of Civil Procedure applicable to a Summons.

11. Garnishee's (Employer's) name, address, telephone, email address and fax number is: American Dental Partners
401 Edgewater Pl Ste 430
Wakefield, MA 01880
781-224-0880

12. I have read the foregoing document and know of my own knowledge that the facts stated therein are true and correct.

WHEREFORE, Garnishee prays that Garnishee be discharged on this Answer and that the Court award Garnishee reasonable compensation in the amount of $___0___.

Case 2:06-ap-00975-RTB    Doc 30    Filed 06/18/12    Entered 06/18/12 15:18:01    Desc
Main Document    Page 4 of 5

-4-

06/18/2012

**MUST BE NOTARIZED (REQUIRED)**

_____
Garnishee or Authorized Agent

STATE OF Massachusetts
                      ) ss.
County of Middlesex )

SUBSCRIBED AND SWORN to before me this 12 day of June, 20___.

_____
Notary Public

My Commission Expires:

10/2016

**MUST BE NOTARIZED (REQUIRED)**